Isaac Kohen, Esq. (SBN 286017)
ikohen@kohenlaw.com
LAW OFFICES OF ISAAC KOHEN
8383 Wilshire Blvd., Suite 800
Beverly Hills, CA 90211
Tel: (310) 268-7802
Fax: (310) 268-7803

Attorney for Plaintiff
JAIME HENRIQUEZ

Richard L. Stuhlbarg (180631)
richard.stuhlbarg@bowmanandbrooke.com
Garrett B. Stanton (324775)
garrett.stanton@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 West 190 Street, Suite 700
Torrance, California 90502
Telephone: (310) 768-3068
Facsimile: (310) 719-1019

Attorneys for Defendant
FCA US LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAIME HENRIQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC., a Delaware Limited Liability Company; and DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No.: 2:20−cv−01734-GHW (GJSx)<br><br>[*Assigned to District Judge George H. Wu*]<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties to this action, acting through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated confidential settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

DATED: December 23, 2020          LAW OFFICES OF ISAAC KOHEN

/s/ Isaac Kohen

Isaac Kohen, Esq.
Attorneys for Plaintiff
JAIME HENRIQUEZ

DATED: December 23, 2020          BOWMAN AND BROOKE LLP

/s/ Garrett B. Stanton

Richard L. Stuhlbarg, Esq.
Garrett B. Stanton, Esq.
Attorneys for Defendant
FCA US LLC

# **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: _____ _____

Hon. George H. Wu

District Judge

United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that, on December ____, 2020 I filed the foregoing document entitled **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____

4

_____
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE