JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME HENRIQUEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>FCA US LLC, et al.,<br><br>              Defendants. | Case No.  CV 20-1734-GW-GJSx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: December 28, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE